IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN NEWBERN, individually and on behalf of similarly situated individuals,<br><br>    *Plaintiff*,<br><br>        v.<br><br>CUSTOMIZED DISTRIBUTION SERVICES, INC., a Pennsylvania corporation,<br><br>    *Defendant*. | Case No. 3:23-cv-03871-RJD<br><br>Hon. Magistrate Reona J. Daly |

**JOINT MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

    Plaintiff, Steven Newbern, and Defendant, Customized Distribution Services, Inc. (together, the "Parties"), by and through their undersigned counsel, respectfully request that this Court permit the filing under seal of the unredacted version of Exhibit D found in the Parties' class action settlement agreement and attached to Plaintiff's forthcoming motion for preliminary approval. In support thereof, the Parties state the following:

    1.    On or about October 15, 2025, Plaintiff will be filing his preliminary approval motion along with a supporting memorandum and exhibits, including the full class action settlement agreement ("Plaintiff's Motion for Preliminary Approval").

    2.    Plaintiff's Motion for Preliminary Approval will include the full settlement agreement with an exhibit that contains information about the identities of putative Class Members (the "Settlement Class List") produced by Defendant. The Parties have agreed in their class action settlement agreement that this Settlement Class List is to be filed under seal.

    3.    On February 25, 2025, the Court entered an Agreed Confidentiality Order

("Protective Order") that permits the Parties to designate documents produced as confidential information, but does not permit the Parties to automatically file confidential information under seal without first seeking leave of Court. (Protective Order, Dkt. 62-1, ¶ 7.)

4.   The decision as to sealing is "left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." See *Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 599 (1978). While, as a general matter, court files should be open to the public for inspection and copying, a court has certain inherent power to control its records, and thus, the right to inspect public records is not absolute. See *Deere & Co. v. Finley*, 103 Ill. App. 3d 774, 776 (1st Dist. 1981); see e.g. *O'Malley v. Village of Oak Brook*, 2008 WL 345607-U, at * 2 (N.D. Ill. February 6, 2008) (the public's interest in disclosure of information produced by the parties in the discovery process is less weighty; pretrial discovery, unlike the trial itself, is usually conducted in private).

5.   Pursuant to the Protective Order entered in this case, the Parties seek leave to file under seal Exhibit D to the Parties' class action settlement agreement, which contains hundreds of putative Class Members identified by name produced by Defendant, and is attached to Plaintiff's forthcoming Motion for Preliminary Approval.

WHEREFORE, the Parties respectfully request that the Court grant them leave and allow the Parties to seal the unredacted version of Exhibit D to the class action settlement agreement attached to Plaintiff's forthcoming Motion for Preliminary Approval, and granting such further relief as the Court deems just and proper.

Dated: October 14, 2025                               Respectfully submitted,

| | |
|---|---|
| STEVEN NEWBERN, individually and on behalf of all similarly situated individuals | CUSTOMIZED DISTRIBUTION SERVICES, INC. |
| By: /s/ *Andrew T. Heldut* | By: /s/ *Lillian T. Manning* |
| Evan Meyers<br>Andrew T. Heldut<br>Brendan Duffner<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>aheldut@mcgpc.com<br>bduffner@mcgpc.com | Patricia J. Martin, ARDC #6288389<br>pmartin@littler.com<br>Lillian T. Manning, Bar No. 6322842<br>lmanning@littler.com<br>LITTLER MENDELSON, P.C.<br>600 Washington Avenue<br>Suite 900<br>St. Louis, MO  63101<br>314.659.2000<br><br>Orly Henry, ARDC #6306153<br>ohenry@littler.com<br>Littler Mendelson, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>Telephone:  312.372.5520<br>Facsimile:  312.372.7880 |
| *Counsel for Plaintiff and the putative class members* | *Counsel for Defendant* |

- 4 -

## **CERTIFICATE OF SERVICE**

I certify that on October 14, 2025, I filed the foregoing *Joint Motion for Leave to File Documents Under Seal* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

By: /s/ Andrew T. Heldut